DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALEXANDER MARCUS ACS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3944

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Natalia Reyna-Pimiento, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.